| Case No: | 06-58300 PJS Judge: PHILLIP J. SHEFFERLY | Trustee Name: | BASIL T. SIMON, TRUSTEE |
|---|---|---|---|
| Case Name: | ASSEMBLED CAMSHAFT, INC. | Date Filed (f) or Converted (c): | 10/09/07 (c) |
| | | 341(a) Meeting Date: | 11/08/07 |
| For Period Ending: 03/31/16 | (9th reporting period for this case) | Claims Bar Date: | 02/06/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. PETTY CASH<br>   This asset was fully administered during the Chapter 11 proceeding. | 210.59 | 0.00 | | 0.00 | FA |
| 2. INTEREST IN INSURANCE POLICIES<br>   This asset was fully administered during the Chapter 11 proceeding. | 0.00 | 0.00 | | 0.00 | FA |
| 3. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 4. ACCOUNTS RECEIVABLE<br>   This asset was fully administered during the Chapter 11 proceeding. | 5,649,284.20 | 0.00 | | 0.00 | FA |
| 5. PATENTS, COPYRIGHTS, ETC.<br>   AUSFERRITIC LAYER, NUMBER 5837069<br>   This asset was fully administered during the Chapter 11 proceeding. | 0.00 | 0.00 | | 0.00 | FA |
| 6. OFFICE EQUIPMENT AND FURNISHINGS<br>   This asset was fully administered during the Chapter 11 proceeding. | 0.00 | 0.00 | | 0.00 | FA |
| 7. MACHINERY/FIXTURES & EQUIPMENT<br>   This asset was fully administered during the Chapter 11 proceeding. | 6,879,107.08 | 0.00 | | 0.00 | FA |
| 8. INVENTORY<br>   This asset was fully administered during the Chapter 11 proceeding. | 1,356,655.57 | 0.00 | | 0.00 | FA |
| 9. RENT (u) | 99,978.00 | 99,978.00 | | 99,978.00 | FA |
| 10. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 3,580.87 | FA |
| 11. TAX OVERPAYMENT P/O 04/04/08 (u) | 23,685.51 | 23,685.51 | | 23,685.51 | FA |
| 12. POSSIBLE CLASS ACTION LAWSUIT (PRICE FIXING) (u)<br>   NOTE: TRUSTEE WILL NOT PURSUE THIS ASSETS AS ALL CREDITORS HAVE BEEN PAID AT 100% | 25,000.00 | 25,000.00 | | 0.00 | FA |
| 13. ACCOUNT RECEIVABLE DUE FROM (u)<br>   AMERICAN CAMSHAFT SPECIALISTS, INC. (06-58298) | 0.00 | 487,746.59 | | 487,746.59 | FA |

Case No: 06-58300 PJS Judge: PHILLIP J. SHEFFERLY  
Case Name: ASSEMBLED CAMSHAFT, INC.  
Trustee Name: BASIL T. SIMON, TRUSTEE  
Date Filed (f) or Converted (c): 10/09/07 (c)  
341(a) Meeting Date: 11/08/07  
Claims Bar Date: 02/06/08

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TO PAY PERSONAL PROPERTY TAXES | | | | | |
| TOTALS (Excluding Unknown Values) | $14,033,920.95 | $636,410.10 | | $614,990.97 | Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

03/25/16 - TRUSTEE HAS FILED A MOTION REQUESTING TRANSFER OF FUNDS FROM AMERICAN CAMSHAFT, INC. TO JOINTLY ADMINSTERED CASES TO PAY ALL CREDITORS AT 100%;
08/25/15 - ORDER RE: CLAIMS ENTERED P/O 08/24/15
07/20/15 - TRUSTEE HAS FILED OBJECTIONS TO CLAIMS;
06/25/15 - TRUSTEE TO MEET WITH SPECIAL COUNSEL TO DETERMINE WHETHER THIS MATTER QUALIFIES AS A CLASS ACTION PARTICIPANT. IF NOT, TRUSTEES FINAL REPORT TO BE FILED;
03/02/15 - PLAINTIFF'S ATTORNEYS CONTINUE TO INVESTIGATE WHETHER DEBTOR IS A QUALIFED DIRECT PURCHASER OR AFTERMARKET PURCHASER AND THEREFORE MAY BE INCLUDED IN THE CLASS ACTION LAWSUIT;
08/08/14 - OBJECTION TO CLAIMS FILED BY ATTORNEY FOR TRUSTEE;
01/29/14 - TRUSTEE HAS REVIEWED FILE FOR STATUS UPDATE.
01/31/13 - TRUSTEE MAY JOIN CLASS ACTION LAWSUIT FOR PRICE FIXING ON AUTO PARTS.
10/09/07 - The Debtors in this jointly administered bankruptcy proceeding are P/O 12/14/06:
American Camshaft Specialties, Inc., a Delaware corporation, Case No. 06-58298; Assembled Camshafts, Inc., a Delaware corporation, Case No. 06-58300; ACS Orland, Inc., a Delaware corporation, Case No. 06-58301; and ACS Grand Haven, Inc., a Delaware corporation, Case No. 06-58302.

Initial Projected Date of Final Report (TFR): 09/30/10     Current Projected Date of Final Report (TFR): 12/31/16

/s/ BASIL T. SIMON, TRUSTEE     Date: 04/12/16

BASIL T. SIMON, TRUSTEE  
SIMON, STELLA & ZINGAS, P.C.  
645 GRISWOLD  
SUITE 3466  
DETROIT, MI 48226-4216  
Phone: (313) 962-6400  
Email: bsimon@sszpc.com  
Bar Number: P26340

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 06-58300 -PJS | | Trustee Name: | BASIL T. SIMON, TRUSTEE |
|---|---|---|---|---|
| Case Name: | ASSEMBLED CAMSHAFT, INC. | | Bank Name: | BANK OF KANSAS CITY |
| | | | Account Number / CD #: | *******0049 Checking |
| Taxpayer ID No: | *******4911 | | | |
| For Period Ending: | 03/31/16 | | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| Ct 01/18/13 | | Trsf In From CAPITAL ONE | INITIAL WIRE TRANSFER IN | 9999-000 | 113,094.28 | | 113,094.28 |
| C 02/14/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 58.40 | 113,035.88 |
| C 03/14/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 151.78 | 112,884.10 |
| C 04/12/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 167.87 | 112,716.23 |
| C 04/30/13 | | Bank of Kansas City | BANK SERVICE | 2600-000 | | 162.21 | 112,554.02 |
| C 05/31/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 167.28 | 112,386.74 |
| C 06/28/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 161.65 | 112,225.09 |
| C 07/31/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 166.80 | 112,058.29 |
| C 08/30/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 166.55 | 111,891.74 |
| C 09/30/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 160.94 | 111,730.80 |
| C 10/31/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 166.06 | 111,564.74 |
| C 11/29/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 160.46 | 111,404.28 |
| C 12/12/13 | 003000 | INSURANCE PARTNERS AGENCY, INC. 26865 CENTER RIDGE ROAD WESTLAKE, OH 44145 | 2014 BLANKET BOND/INV# 89573 | 2300-000 | | 66.52 | 111,337.76 |
| C 12/31/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 165.54 | 111,172.22 |
| C 01/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 165.23 | 111,006.99 |
| C 02/28/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 149.02 | 110,857.97 |
| C 03/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 164.76 | 110,693.21 |
| C 04/30/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 159.21 | 110,534.00 |
| C 05/30/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 164.28 | 110,369.72 |
| C 06/03/14 | 003001 | Office of the U.S. Trustee 211 West Fort Street Suite 700 Detroit, Michigan 48226 | CLAIM #19 - PAID IN FULL | 2950-000 | | 250.00 | 110,119.72 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 06-58300 -PJS | Trustee Name: BASIL T. SIMON, TRUSTEE |
| Case Name: ASSEMBLED CAMSHAFT, INC. | Bank Name: BANK OF KANSAS CITY |
| | Account Number / CD #: *******0049 Checking |
| Taxpayer ID No: *******4911 | |
| For Period Ending: 03/31/16 | Blanket Bond (per case limit): $ 2,000,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C 06/30/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 158.51 | 109,961.21 |
| C 07/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 163.43 | 109,797.78 |
| C 08/29/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 163.19 | 109,634.59 |
| C 09/30/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 157.69 | 109,476.90 |
| C 10/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 162.71 | 109,314.19 |
| C 11/28/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 157.23 | 109,156.96 |
| C 12/15/14 | 003002 | INSURANCE PARTNERS AGENCY, INC. 26865 CENTER RIDGE ROAD WESTLAKE, OH 44145 | 2015 BLANKET BOND/INV# 63636 | 2300-000 | | 93.07 | 109,063.89 |
| C 12/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 162.20 | 108,901.69 |
| C 01/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 161.86 | 108,739.83 |
| C 02/27/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 145.97 | 108,593.86 |
| C 03/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 161.40 | 108,432.46 |
| C 04/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 155.96 | 108,276.50 |
| C 05/29/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 160.93 | 108,115.57 |
| C 06/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 155.50 | 107,960.07 |
| C 07/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 160.46 | 107,799.61 |
| C 12/21/15 | 003003 | INSURANCE PARTNERS AGENCY, INC. 26865 CENTER RIDGE ROAD WESTLAKE, OH 44145 | 2016 BLANKET BOND/INV# 222113 | 2300-000 | | 92.71 | 107,706.90 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-58300 -PJS | | Trustee Name: | BASIL T. SIMON, TRUSTEE |
|---|---|---|---|---|
| Case Name: | ASSEMBLED CAMSHAFT, INC. | | Bank Name: | BANK OF KANSAS CITY |
| | | | Account Number / CD #: | *******0049 Checking |
| Taxpayer ID No: | *******4911 | | | |
| For Period Ending: | 03/31/16 | | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

\* **Reversed**  
t **Funds Transfer**  
C **Bank Cleared**

| Account | | | | | |
|---|---|---|---|---|---|
| *******0049 | Balance Forward | 0.00 | | | |
| | 0 Deposits | 0.00 | 4 Checks | | 502.30 |
| | 0 Interest Postings | 0.00 | 31 Adjustments Out | | 4,885.08 |
| | | | 0 Transfers Out | | 0.00 |
| | Subtotal | $ 0.00 | | | |
| | | | Total | $ | 5,387.38 |
| | 0 Adjustments In | 0.00 | | | |
| | 1 Transfers In | 113,094.28 | | | |
| | Total | $ 113,094.28 | | | |

| Case No: | 06-58300 -PJS | Trustee Name: | BASIL T. SIMON, TRUSTEE |
|---|---|---|---|
| Case Name: | ASSEMBLED CAMSHAFT, INC. | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******9726 Money Market |
| Taxpayer ID No: | *******4911 | | |
| For Period Ending: | 03/31/16 | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| Ct 07/13/09 | | Transfer from Acct #*******4396 | Bank Funds Transfer | 9999-000 | 113,803.30 | | 113,803.30 |
| C 07/31/09 | 10 | Union Bank of California | Interest Rate 0.250 | 1270-000 | 14.80 | | 113,818.10 |
| C 08/31/09 | 10 | Union Bank | Interest Rate 0.250 | 1270-000 | 24.15 | | 113,842.25 |
| C 09/22/09 | 10 | UNION BANK | INTEREST REC'D FROM BANK ADJUSTMENT DUE TO INCORRECT INTEREST RATE BY BANK FOR SEPTEMBER 2009 | 1270-000 | 4.98 | | 113,847.23 |
| C 09/22/09 | 10 | UNION BANK | INTEREST REC'D FROM BANK ADJUSTMENT DUE TO INCORRECT INTEREST RATE BY BANK FOR JULY 2009 | 1270-000 | 5.91 | | 113,853.14 |
| C 09/22/09 | 10 | UNION BANK | INTEREST REC'D FROM BANK ADJUSTMENT DUE TO INCORRECT INTEREST RATE BY BANK FOR AUGUST 2009 | 1270-000 | 9.64 | | 113,862.78 |
| C 09/30/09 | 10 | UNION BANK | Interest Rate 0.350 | 1270-000 | 27.74 | | 113,890.52 |
| C 10/30/09 | 10 | UNION BANK | Interest Rate 0.350 | 1270-000 | 32.76 | | 113,923.28 |
| C 11/30/09 | 10 | UNION BANK | Interest Rate 0.350 | 1270-000 | 33.85 | | 113,957.13 |
| Ct 12/16/09 | | Transfer to Acct #*******9734 | Bank Funds Transfer | 9999-000 | | 37.00 | 113,920.13 |
| Ct 12/17/09 | | Transfer to Acct #*******9734 | Bank Funds Transfer | 9999-000 | | 25.00 | 113,895.13 |
| C 12/31/09 | 10 | UNION BANK | INTEREST REC'D FROM BANK | 1270-000 | 24.18 | | 113,919.31 |
| C 01/29/10 | 10 | UNION BANK | Interest Rate 0.150 | 1270-000 | 14.51 | | 113,933.82 |
| C 02/26/10 | 10 | UNION BANK | Interest Rate 0.150 | 1270-000 | 13.10 | | 113,946.92 |
| C 03/31/10 | 10 | UNION BANK | Interest Rate 0.150 | 1270-000 | 15.44 | | 113,962.36 |
| C 04/30/10 | 10 | UNION BANK | Interest Rate 0.100 | 1270-000 | 9.36 | | 113,971.72 |
| C 05/28/10 | 10 | UNION BANK | Interest Rate 0.100 | 1270-000 | 8.74 | | 113,980.46 |
| C 06/30/10 | 10 | UNION BANK | Interest Rate 0.100 | 1270-000 | 10.30 | | 113,990.76 |
| C 07/30/10 | 10 | UNION BANK | Interest Rate 0.100 | 1270-000 | 10.76 | | 114,001.52 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-58300 -PJS | Trustee Name: | BASIL T. SIMON, TRUSTEE |
|---|---|---|---|
| Case Name: | ASSEMBLED CAMSHAFT, INC. | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******9726  Money Market |
| Taxpayer ID No: | *******4911 | | |
| For Period Ending: | 03/31/16 | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C  08/31/10 | 10 | UNION BANK | Interest Rate  0.100 | 1270-000 | 9.98 | | 114,011.50 |
| C  09/30/10 | 10 | UNION BANK | Interest Rate  0.100 | 1270-000 | 9.36 | | 114,020.86 |
| C  10/29/10 | 10 | UNION BANK | Interest Rate  0.100 | 1270-000 | 9.05 | | 114,029.91 |
| C  11/30/10 | 10 | UNION BANK | Interest Rate  0.050 | 1270-000 | 5.30 | | 114,035.21 |
| Ct 12/10/10 | | Transfer to Acct #*******9734 | Bank Funds Transfer | 9999-000 | | 28.00 | 114,007.21 |
| C  12/31/10 | 10 | UNION BANK | Interest Rate  0.050 | 1270-000 | 4.84 | | 114,012.05 |
| C  01/31/11 | 10 | UNION BANK | Interest Rate  0.000 | 1270-000 | 1.40 | | 114,013.45 |
| C  09/26/11 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 280.25 | 113,733.20 |
| C  10/25/11 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 277.79 | 113,455.41 |
| C  11/25/11 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 277.79 | 113,177.62 |
| t  11/28/11 | | Transfer to Acct #*******9734 | Final Posting Transfer | 9999-000 | | 113,177.62 | 0.00 |

\* Reversed  
t Funds Transfer  
C Bank Cleared

| Account | | | | | |
|---|---|---|---|---|---|
| *******9726 | | Balance Forward | 0.00 | | |
| | 0 | Deposits | 0.00 | 0 Checks | 0.00 |
| | 22 | Interest Postings | 300.15 | 3 Adjustments Out | 835.83 |
| | | Subtotal | $ 300.15 | 4 Transfers Out | 113,267.62 |
| | 0 | Adjustments In | 0.00 | Total | $ 114,103.45 |
| | 1 | Transfers In | 113,803.30 | | |
| | | Total | $ 114,103.45 | | |

Case No: 06-58300 -PJS  
Case Name: ASSEMBLED CAMSHAFT, INC.  
Taxpayer ID No: *******4911  
For Period Ending: 03/31/16

Trustee Name: BASIL T. SIMON, TRUSTEE  
Bank Name: UNION BANK  
Account Number / CD #: *******9734 Checking  
Blanket Bond (per case limit): $ 2,000,000.00  
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Trans. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| Ct 07/13/09 | | Transfer from Acct #*******4383 | Bank Funds Transfer | 9999-000 | 0.33 | | 0.33 |
| Ct 12/16/09 | | Transfer from Acct #*******9726 | Bank Funds Transfer | 9999-000 | 37.00 | | 37.33 |
| * C 12/16/09 | 001001 | MRSC INSURANCE PARTNERS<br>31500 BAINBRIDGE ROAD, SUITE 5<br>SOLON, OH 44139 | 2010 BLANKET BOND/INV# 77639 | 2300-003 | | 36.88 | 0.45 |
| Ct 12/17/09 | | Transfer from Acct #*******9726 | Bank Funds Transfer | 9999-000 | 25.00 | | 25.45 |
| * C 12/17/09 | 001001 | MRSC INSURANCE PARTNERS<br>31500 BAINBRIDGE ROAD, SUITE 5<br>SOLON, OH 44139 | VOID CK# 1001 | 2300-003 | | -36.88 | 62.33 |
| C 12/17/09 | 001002 | MRSC INSURANCE PARTNERS<br>31500 BAINBRIDGE ROAD, SUITE 5<br>SOLON, OH 44139 | 2010 BLANKET BOND/INV# 77639 | 2300-000 | | 62.31 | 0.02 |
| Ct 12/10/10 | | Transfer from Acct #*******9726 | Bank Funds Transfer | 9999-000 | 28.00 | | 28.02 |
| C 12/10/10 | 001003 | MRSC INSURANCE PARTNERS<br>31500 BAINBRIDGE ROAD, SUITE 5<br>SOLON, OH 44139 | 2011 BLANKET BOND/INV# 80475 | 2300-000 | | 27.71 | 0.31 |
| t 11/28/11 | | Transfer from Acct #*******9726 | Transfer In From MMA Account | 9999-000 | 113,177.62 | | 113,177.93 |
| Ct 12/02/11 | | Trsf To CAPITAL ONE | Final Bank Funds Transfer | 9999-000 | | 113,177.93 | 0.00 |

* Reversed  
t Funds Transfer  
C Bank Cleared

| Account<br>*******9734 | Balance Forward | | 0.00 | | 4 Checks | 90.02 |
|---|---|---|---|---|---|---|
| | 0 Deposits | | 0.00 | | 0 Adjustments Out | 0.00 |
| | 0 Interest Postings | | 0.00 | | 1 Transfers Out | 113,177.93 |
| | Subtotal | $ | 0.00 | | | |
| | | | | | Total | $ 113,267.95 |
| | 0 Adjustments In | | 0.00 | | | |
| | 5 Transfers In | | 113,267.95 | | | |
| | Total | $ | 113,267.95 | | | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 7

| Case No: | 06-58300 -PJS | | Trustee Name: | BASIL T. SIMON, TRUSTEE |
|---|---|---|---|---|
| Case Name: | ASSEMBLED CAMSHAFT, INC. | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******4383 Checking |
| Taxpayer ID No: | *******4911 | | | |
| For Period Ending: | 03/31/16 | | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| C 11/01/07 | 9 | NPR MANUFACTURING MICHIGAN, LLC | RENT/UTILITIES 09/07 | 1222-000 | 27,964.00 | | 27,964.00 |
| C 11/01/07 | 9 | NPR MANUFACTURING MICHIGAN, LLC | RENT/UTILITIES 10/07 | 1222-000 | 23,322.00 | | 51,286.00 |
| Ct 11/05/07 | | Transfer to Acct #*******4396 | Bank Funds Transfer | 9999-000 | | 51,285.00 | 1.00 |
| C 11/27/07 | 9 | NPR MANUFACTURING MICHIGAN, LLC | RENT/UTILITIES 10/07 & 11/07 | 1222-000 | 26,272.00 | | 26,273.00 |
| Ct 11/29/07 | | Transfer to Acct #*******4396 | Bank Funds Transfer | 9999-000 | | 26,272.00 | 1.00 |
| C 01/08/08 | 9 | NPR MANUFACTURING MICHIGAN, LLC | RENT/UTILITIES 11/07 & 12/07 | 1222-000 | 22,420.00 | | 22,421.00 |
| Ct 01/10/08 | | Transfer to Acct #*******4396 | Bank Funds Transfer | 9999-000 | | 22,420.00 | 1.00 |
| Ct 03/04/08 | | Transfer from Acct #*******4396 | Bank Funds Transfer | 9999-000 | 500,783.01 | | 500,784.01 |
| C 03/04/08 | 001001 | GRAND HAVEN CHARTER TWP.<br>C/O RODNEY L. SCHERMER, ESQ.<br>100 N. THIRD STREET<br>PO BOX 454<br>GRAND HAVEN, MI 49417 | PERSONAL PROPERTY TAXES<br>P/O 02/29/08<br>ID# 70-55-16-097-535<br>ID# 70-50-16-064-180 | 4800-000 | | 500,783.01 | 1.00 |
| C 04/22/08 | 11 | ACS GRAND HAVEN, INC. | TAX OVERPAYMENT P/O 04/04/08 ORIGINAL CHECKS ISSUED TO GRAND HAVEN CHARTER TOWNSHIP FOR PERSONAL PROPERTY TAXES WERE WRITTEN FROM 3 RELATED ESTATES (AMERICAN CAMSHAFT $37,437.00; ACS GRAND HAVEN $554,882.90; AND ASSEMBLED CAMSHAFTS $500,783.01. TOTAL PAID WAS $1,093,102.91. SAID TOTAL WAS OVERPAID BY $33,935.28 (ACS GRAND HAVEN $10,249.77 & ASSEMBLED CAMSHAFTS $23,685.51). SINCE ONLY 1 CHECK WAS ISSUED FOR THE REFUND, THE TOTAL WAS DEPOSITED INTO THIS ACCOUNT AND $23,685.51 WAS TRANSFERRED TO ASSEMBLED CAMSHAFTS. | 4800-000 | 23,685.51 | | 23,686.51 |
| Ct 04/24/08 | | Transfer to Acct #*******4396 | Bank Funds Transfer | 9999-000 | | 23,686.00 | 0.51 |
| Ct 12/15/08 | | Transfer from Acct #*******4396 | Bank Funds Transfer | 9999-000 | 104.00 | | 104.51 |
| C 12/15/08 | 001002 | MRSC INSURANCE PARTNERS<br>31500 BAINBRIDGE ROAD, SUITE 5<br>SOLON, OH 44139 | 2009 BLANKET BOND/INV# 74209 | 2300-000 | | 104.18 | 0.33 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 8

| Case No: | 06-58300 -PJS | | Trustee Name: | BASIL T. SIMON, TRUSTEE |
|---|---|---|---|---|
| Case Name: | ASSEMBLED CAMSHAFT, INC. | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******4383 Checking |
| Taxpayer ID No: | *******4911 | | | |
| For Period Ending: | 03/31/16 | | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| Ct 07/13/09 | | Transfer to Acct #*******9734 | Bank Funds Transfer | 9999-000 | | 0.33 | 0.00 |

\* Reversed  
t  Funds Transfer  
C  Bank Cleared

| Account | | | | | | |
|---|---|---|---|---|---|---|
| *******4383 | | Balance Forward | 0.00 | | | |
| | 5 | Deposits | 123,663.51 | 2 Checks | | 500,887.19 |
| | 0 | Interest Postings | 0.00 | 0 Adjustments Out | | 0.00 |
| | | | | 5 Transfers Out | | 123,663.33 |
| | | Subtotal | $ 123,663.51 | | | |
| | | | | Total | $ | 624,550.52 |
| | 0 | Adjustments In | 0.00 | | | |
| | 2 | Transfers In | 500,887.01 | | | |
| | | Total | $ 624,550.52 | | | |

PFORM2T4   06-58300-pjs   Doc 58   Filed 04/12/16   Entered 04/12/16 10:34:53   Page 10 of 13   Ver: 19.05f

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 9

| Case No: | 06-58300 -PJS | | Trustee Name: | BASIL T. SIMON, TRUSTEE |
|---|---|---|---|---|
| Case Name: | ASSEMBLED CAMSHAFT, INC. | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******4396 TIP Account |
| Taxpayer ID No: | *******4911 | | | |
| For Period Ending: | 03/31/16 | | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| Ct 11/05/07 | | Transfer from Acct #*******4383 | Bank Funds Transfer | 9999-000 | 51,285.00 | | 51,285.00 |
| Ct 11/29/07 | | Transfer from Acct #*******4383 | Bank Funds Transfer | 9999-000 | 26,272.00 | | 77,557.00 |
| C 11/30/07 | 10 | BANK OF AMERICA | Interest Rate 1.050 | 1270-000 | 39.87 | | 77,596.87 |
| C 12/05/07 | 13 | AMERICAN CAMSHAFT SPECIALISTS, INC. | TRANSFER FROM RELATED CASE TO PAY PERSONAL PROPERTY TAXES (FUNDS FROM AMERICAN CAMSHAFT SPECIALTIES, INC. (06-58298); NON-COMPENSIBLE | 1221-000 | 487,746.59 | | 565,343.46 |
| C 12/31/07 | 10 | BANK OF AMERICA | Interest Rate 2.500 | 1270-000 | 1,021.02 | | 566,364.48 |
| Ct 01/10/08 | | Transfer from Acct #*******4383 | Bank Funds Transfer | 9999-000 | 22,420.00 | | 588,784.48 |
| C 01/31/08 | 10 | BANK OF AMERICA | Interest Rate 1.250 | 1270-000 | 1,212.96 | | 589,997.44 |
| C 02/29/08 | 10 | BANK OF AMERICA | Interest Rate 1.250 | 1270-000 | 584.36 | | 590,581.80 |
| Ct 03/04/08 | | Transfer to Acct #*******4383 | Bank Funds Transfer | 9999-000 | | 500,783.01 | 89,798.79 |
| C 03/31/08 | 10 | BANK OF AMERICA | Interest Rate 0.500 | 1270-000 | 120.62 | | 89,919.41 |
| Ct 04/24/08 | | Transfer from Acct #*******4383 | Bank Funds Transfer | 9999-000 | 23,686.00 | | 113,605.41 |
| C 04/30/08 | 10 | BANK OF AMERICA | Interest Rate 0.500 | 1270-000 | 38.79 | | 113,644.20 |
| C 05/30/08 | 10 | BANK OF AMERICA | Interest Rate 0.350 | 1270-000 | 33.68 | | 113,677.88 |
| C 06/30/08 | 10 | BANK OF AMERICA | Interest Rate 0.350 | 1270-000 | 32.62 | | 113,710.50 |
| C 07/31/08 | 10 | BANK OF AMERICA | Interest Rate 0.350 | 1270-000 | 33.71 | | 113,744.21 |
| C 08/29/08 | 10 | BANK OF AMERICA | Interest Rate 0.350 | 1270-000 | 33.71 | | 113,777.92 |
| C 09/30/08 | 10 | BANK OF AMERICA | Interest Rate 0.350 | 1270-000 | 32.65 | | 113,810.57 |
| C 10/31/08 | 10 | BANK OF AMERICA | Interest Rate 0.300 | 1270-000 | 30.32 | | 113,840.89 |
| C 11/28/08 | 10 | BANK OF AMERICA | Interest Rate 0.300 | 1270-000 | 27.99 | | 113,868.88 |
| Ct 12/15/08 | | Transfer to Acct #*******4383 | Bank Funds Transfer | 9999-000 | | 104.00 | 113,764.88 |
| C 12/31/08 | 10 | BANK OF AMERICA | Interest Rate 0.020 | 1270-000 | 16.74 | | 113,781.62 |

| Case No: | 06-58300 -PJS | | Trustee Name: | BASIL T. SIMON, TRUSTEE |
|---|---|---|---|---|
| Case Name: | ASSEMBLED CAMSHAFT, INC. | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******4396 TIP Account |
| Taxpayer ID No: | *******4911 | | | |
| For Period Ending: | 03/31/16 | | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C 01/30/09 | 10 | BANK OF AMERICA | Interest Rate 0.020 | 1270-000 | 1.93 | | 113,783.55 |
| C 02/27/09 | 10 | BANK OF AMERICA | Interest Rate 0.020 | 1270-000 | 1.75 | | 113,785.30 |
| C 03/31/09 | 10 | BANK OF AMERICA | Interest Rate 0.020 | 1270-000 | 1.94 | | 113,787.24 |
| C 04/30/09 | 10 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 4.68 | | 113,791.92 |
| C 05/29/09 | 10 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 4.83 | | 113,796.75 |
| C 06/30/09 | 10 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 4.68 | | 113,801.43 |
| 07/13/09 | 10 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 1.87 | | 113,803.30 |
| Ct 07/13/09 | | Transfer to Acct #*******9726 | Bank Funds Transfer | 9999-000 | | 113,803.30 | 0.00 |

\* Reversed
t Funds Transfer
C Bank Cleared

| Account | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| *******4396 | 1 | Deposits | 487,746.59 | 0 | Checks | 0.00 |
| | 21 | Interest Postings | 3,280.72 | 0 | Adjustments Out | 0.00 |
| | | | | 3 | Transfers Out | 614,690.31 |
| | | Subtotal | $ 491,027.31 | | | |
| | | | | | Total | $ 614,690.31 |
| | 0 | Adjustments In | 0.00 | | | |
| | 4 | Transfers In | 123,663.00 | | | |
| | | Total | $ 614,690.31 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 06-58300 -PJS | | | Trustee Name: | BASIL T. SIMON, TRUSTEE | |
| Case Name: | ASSEMBLED CAMSHAFT, INC. | | | Bank Name: | CAPITAL ONE | |
| | | | | Account Number / CD #: | *******5092 Checking | |
| Taxpayer ID No | *******4911 | | | | | |
| For Period Ending: | 03/31/16 | | | Blanket Bond (per case limit): | $ 2,000,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| Ct 12/02/11 | | Trsf In From UNION BANK | Initial Bank Funds Transfer | 9999-000 | 113,177.93 | | 113,177.93 |
| C 12/28/11 | 001002 | MRSC INSURANCE PARTNERS, LLC 6190 COCHRAN ROAD, SUITE E SOLON, OH 44139 | 2012 BLANKET BOND/INV# 83348 | 2300-000 | | 26.62 | 113,151.31 |
| C 12/13/12 | 001003 | INSURANCE PARTNERS AGENCY, INC. 26865 CENTER RIDGE ROAD WESTLAKE, OH 44145 | 2013 BLANKET BOND/INV# 86669 | 2300-000 | | 57.03 | 113,094.28 |
| Ct 01/18/13 | | Trsf To BANK OF KANSAS CITY | FINAL TRANSFER | 9999-000 | | 113,094.28 | 0.00 |

\* Reversed  
t Funds Transfer  
C Bank Cleared

| Account *******5092 | Balance Forward | 0.00 | | 2 Checks | 83.65 |
|---|---|---|---|---|---|
| | 0 Deposits | 0.00 | | 0 Adjustments Out | 0.00 |
| | 0 Interest Postings | 0.00 | | 1 Transfers Out | 113,094.28 |
| | Subtotal | $ 0.00 | | Total | $ 113,177.93 |
| | 0 Adjustments In | 0.00 | | | |
| | 1 Transfers In | 113,177.93 | | | |
| | Total | $ 113,177.93 | | | |

| Report Totals | Balance Forward | 0.00 | | 12 Checks | 501,563.16 |
|---|---|---|---|---|---|
| | 6 Deposits | 611,410.10 | | 34 Adjustments Out | 5,720.91 |
| | 43 Interest Postings | 3,580.87 | | 14 Transfers Out | 1,077,893.47 |
| | Subtotal | $ 614,990.97 | | Total | $ 1,585,177.54 |
| | 0 Adjustments In | 0.00 | | | |
| | 14 Transfers In | 1,077,893.47 | | | |
| | Total | $ 1,692,884.44 | | Net Total Balance | $ 107,706.90 |